# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAZA, INC., on behalf of itself and all others similarly situated,<br><br>     Plaintiffs,<br><br> vs.<br><br>AAA COOPER TRANSPORTATION; ARKANSAS BEST CORPORATION; ABF FREIGHT SYSTEMS, INC.; AVERITT EXPRESS, INC.; CON-WAY FREIGHT, INC.; ESTES EXPRESS LINES, INC.; FEDEX CORPORATION; FEDEX FREIGHT CORPORATION; FEDEX NATIONAL LTL, INC.; JEVIC TRANSPORTATION, INC.; OLD DOMINION FREIGHT LINE, INC.; OVERNITE CORPORATION; ROADWAY EXPRESS, INC.; R+L CARRIERS, INC.; SAIA, INC.; SAIA MOTOR FREIGHT LINE, LLC; SOUTHEASTERN FREIGHT LINES, INC.; SUN CAPITAL PARTNERS IV, LLC; UNITED PARCEL SERVICE, INC.; WATKINS MOTOR LINES; YELLOW TRANSPORTATION, INC.; YRC REGIONAL TRANSPORTATION, INC.; and YRC WORLDWIDE INC.,<br><br>     Defendants. | Civil Action No. 07-cv-01803-RBW<br><br>**NOTICE OF APPEARANCE** |

  Please enter my appearance as attorney of record for Defendant OLD DOMINION FREIGHT LINE, INC. in the above matter.

WA 411146v1

Dated: October 30, 2007

CLIFFORD CHANCE US LLP
By: _____/s/_____
Julia C. Symon (D.C. Bar No. 456828)
2001 K St., N.W.
Washington, DC  20006

Telephone: (202) 912-5000
Facsimile: (202) 912-6000

Attorneys for Defendant Old Dominion Freight Line, Inc.